1 Floyd W. Bybee, #012651
Law Office of Floyd W. Bybee, PLLC
2 4445 E. Holmes Avenue
Suite 107
3 Mesa, AZ 85206-5530
Office: (480) 756-8822
4 Fax: (480) 302-4186
floyd@bybeelaw.com
5
Attorney for Plaintiffs
6

7

8                UNITED STATES DISTRICT COURT

9                     DISTRICT OF ARIZONA

10
                                             )
11 Kimberly Wood and Martin Wood,  )      No.  CV 08-0541-PHX-JAT
                                           )
12                                          )
                                         )
13      Plaintiffs,              )
                                         )      NOTICE OF DISMISSAL
14 v.                                        )        WITH PREJUDICE
                                         )
15 Arrow Financial Services LLC;      )
Paul D. Guglielmo, doing business )
16 as Guglielmo & Associates;         )
                                       )
17      Defendants.            )
                                       )
18                                        )

19      Plaintiffs, by and through counsel, hereby give notice of dismissal of this

20 case in its entirety with prejudice, each party to bear its own attorney's fees and

21 costs.

22 / / /

23 / / /

24

25

DATED   May 8, 2008   .

                             s/ Floyd W. Bybee
                             Floyd W. Bybee, #012651
                             Law Office of Floyd W. Bybee, PLLC
                             4445 E. Holmes Avenue
                             Suite 107
                             Mesa, AZ 85206-5530
                             Office:  (480) 756-8822
                             Fax: (480) 302-4186
                             floyd@bybeelaw.com

                             Attorney for Plaintiffs